## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br><br>StarNet Insurance Company, a Delaware corporation, and Berkley Underwriting Partners, LLC, a Delaware limited liability company,<br>    v.   Thorson & Associates Insurance Services, Inc., a California corporation | Case Number:<br>Filed:: APRIL 16, 2008<br>08CV2174 J. N.<br>JUDGE GUZMAN<br>MAG. JUDGE MASON |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

StarNet Insurance Company and Berkley Underwriting Partners, LLC

---

**NAME (Type or print)**
Matthew S. Ponzi

**SIGNATURE (Use electronic signature if the appearance form is filed electronically)**
    s/ Matthew S. Ponzi

**FIRM**
Foran Glennon Palandech & Ponzi PC

**STREET ADDRESS**
150 South Wacker Drive, Suite 1100

**CITY/STATE/ZIP**
Chicago, IL 60606

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6198984 | TELEPHONE NUMBER<br>312.863.5000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |

| | | |
|---|---|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐