## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV2174                 Assigned/Issued By: J. N.

Judge Name: GUZMAN                    Designated Magistrate Judge: MASON

---

**FEE INFORMATION**

*Amount Due:*   [✓] $350.00   [ ] $39.00   [ ] $5.00
                [ ] IFP       [ ] No Fee   [ ] Other _____
                [ ] $455.00

Number of Service Copies _____           Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350_____            Receipt #: 2700219_____

Date Payment Rec'd: 4-16-08_____     Fiscal Clerk: J. N._____

---

**ISSUANCES**

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
[ ] Citation to Discover Assets          *(Victim, Against and $ Amount)*
[ ] Writ _____          [ ] Other
        *(Type of Writ)*                 _____
                                         *(Type of issuance)*

1_____ Original and 0_____ copies on 4-16-08_____ as to DEFENDANT_____
                                        *(Date)*