Case Name : *StarNet Insurance Company; et al. v. Thorson & Associates Insurance Services, Inc.*
Court : United States District Court, Northern District of Illinois
Case Number : 08CV2174

**SERVICE LIST**

| | |
|---|---|
| Matthew S. Ponzi, Esq.<br>Garrett Kern, Esq.<br>FORAN GLENNON PALANDECH & PONZI PC<br>150 South Wacker Drive, Suite 1100<br>Chicago, IL  60606 | **Co-Counsel for Plaintiffs,** *StarNet Insurance Company* **and** *Berkley Underwriting Partners, LLC*<br><br>Telephone:  (312) 863-5000<br>Facsimile:   (312) 863-5099<br>E-Mail:       mponzi@fgpp.com |
| Christian T. Kemnitz, Esq.<br>KATTEN MUCHEN ROSENMAN, LLP<br>525 W. Monroe Street, Suite 1900<br>Chicago, IL  60661 | **Defendant,** *Thorson & Associates Insurance Services, Inc.*<br><br>Telephone:  (312) 902-5379<br>Facsimile:   (312) 577-8619<br>E-Mail:       christian.kemnitz@kattenlaw.com |