UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| STARNET INSURANCE COMPANY, a Delaware corporation, and BERKLEY UNDERWRITING PARTNERS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>THORSON & ASSOCIATES INSURANCE SERVICES, INC., a California corporation,<br><br>Defendant. | INITIAL APPEARANCE STATUS REPORT<br><br>Date: May 21, 2008<br><br>Civil Action No. 08CV2174<br><br>Judge Guzman (Mag. Judge Mason) |

      1.      On May 1, 2008, I, Howard Wollitz of Charlston, Revich & Wollitz LLP, as counsel for plaintiff StarNet Insurance Company ("StarNet") and Berkley Underwriting Partners, LLC, conducted a telephone conference with Christian T. Kemnitz of Katten Muchin Rosenman, LLP, counsel for defendant Thorson Insurance Services ("Thorson") to comply with this Court's Case Management Procedures.

      2.      StarNet's Complaint alleges that Thorson, while acting as Program Administrator for StarNet, issued policies of insurance on behalf of StarNet and falsely represented to insureds

that the policies were issued on a "nonauditable" premium basis.  It is StarNet's contention that Thorson was not authorized to waive StarNet's right to audit the insured's business records to determine if additional premium were owed to StarNet or if a premium refund was owed to the insured. Thorson's position is that it was authorized to waive the premium audits.

3.      Mr. Kemnitz stated that he would be filing a responsive pleading on behalf of Thorson which is due May 19, 2008.

4.      We discussed the issues of discovery and Rule 26 disclosures.  It was agreed by counsel that before the parties began spending significant sums in this litigation, it would be appropriate to see if the parties can "sit down and talk" to possibly resolve this and other disputes that may exist between the parties without further prosecution of this litigation.

5.      Mr. Kemnitz agreed to submit a proposal as to when and where the parties and counsel could meet.  However, Mr. Kemnitz reported to me by email dated May 12, 2008, that he and his wife just had a new baby which arrived a little earlier than planned causing some confusion and disruption to his calendar.  As a result, Mr. Kemnitz stated that he will need a short extension of time to file a responsive pleading.  In addition, there will be a delay of a few days in his presentation of a proposal regarding the meeting of the parties.  I responded that I would be happy to extend any professional courtesies under the circumstances.

6.      Therefore, it is requested that the hearing on the Initial Appearance be continued for a period of about 30 days in order for counsel and the parties to meet and confer over a possible resolution of the matter.  In the event the matter cannot be resolved immediately,

counsel then will submit a plan to the court regarding discovery and Rule 26 disclosures.

        Respectfully submitted,

        FORAN GLENNON PALANDECH & PONZI PC


By: /s/Matthew S. Ponzi
    Matthew S. Ponzi
    Garrett Kern
    FORAN GLENNON PALANDECH & PONZI PC
    150 South Wacker Dr., Suite 1100
    Chicago, Illinois  60606
    Telephone:  (312) 863-5000
    Facsimile:  (312) 863-5099
    E-Mail:    mponzi@fgpp.com

CHARLSTON, REVICH & WOLLITZ LLP


By: /s/Howard Wollitz
   Howard Wollitz [CA SBN 58674] [Pro Hac Vice]
   CHARLSTON, REVICH & WOLLITZ LLP
   1925 Century Park East, Suite 1250
   Los Angeles, California 90067
   Telephone:  (310) 551-7000
   Facsimile:  (310) 203-9321
   E-Mail:    hwollitz@crwllp.com

 Attorneys for Plaintiffs,
 STARNET INSURANCE COMPANY and
 BERKLEY UNDERWRITING PARTNERS, LLC

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 Century Park East, Suite 1250, Los Angeles, California 90067-2746.

    On the date shown below, I served the foregoing document described as **INITIAL APPEARANCE STATUS REPORT** as follows:

*Refer to attached Service List.*

  X    **(BY ELECTRONIC SERVICE)** As follows: By submitting an electronic version of the document(s) through the United States District Court's Electronic Case Filing (CM/ECF) system, to be served on all parties listed on the service list on file with the Court as of this date.

  X    **(BY MAIL)** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

        **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the addressee.

        **(BY OVERNIGHT MAIL)** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

  X    **FEDERAL** I declare that I am employed by a member of the bar of this Court. I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2008, at Los Angeles, California.

_____
Alice L. Pfeifer, CCLS, PLS

Case Name : *StarNet Insurance Company; et al. v. Thorson & Associates Insurance Services, Inc.*
Court : United States District Court, Northern District of Illinois
Case Number : 08CV2174

## SERVICE LIST

| | |
|---|---|
| Matthew S. Ponzi, Esq.<br>Garrett Kern, Esq.<br>FORAN GLENNON PALANDECH & PONZI PC<br>150 South Wacker Drive, Suite 1100<br>Chicago, IL  60606 | **Co-Counsel for Plaintiffs,** *StarNet Insurance Company* **and** *Berkley Underwriting Partners, LLC*<br><br>Telephone:  (312) 863-5000<br>Facsimile:  (312) 863-5099<br>E-Mail:     mponzi@fgpp.com |
| Christian T. Kemnitz, Esq.<br>KATTEN MUCHEN ROSENMAN, LLP<br>525 W. Monroe Street, Suite 1900<br>Chicago, IL  60661 | **Defendant,** *Thorson & Associates Insurance Services, Inc.*<br><br>Telephone:  (312) 902-5379<br>Facsimile:  (312) 577-8619<br>E-Mail:     christian.kemnitz@kattenlaw.com |