# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: 08CV2174 |
|---|---|

Starnet Insurance Company and Berkley
Underwriting Partners, LLC,                    Plaintiffs,
v.
Thorson & Associates Insurance
Services, Inc.,                                        Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

 Defendant Thorson & Associates Insurance Services, Inc.

| NAME (Type or print) |
|---|
| Brian J. Poronsky |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/  Brian J. Poronsky |

| FIRM |
|---|
| Katten Muchin Rosenman LLP |

| STREET ADDRESS |
|---|
| 525 West Monroe Street |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60661-3693 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE  NUMBER |
|---|---|
| 6290488 | 312-902-5611 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☑          APPOINTED COUNSEL ☐ |