UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Starnet Insurance Company, et al.
                                  Plaintiff,

v.                                                  Case No.: 1:08−cv−02174
                                                        Honorable Ronald A. Guzman

Thorson & Associates Insurance Services, Inc.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 20, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Status hearing held on 6/20/2008. Rule 26 disclosures by 7/21/08. Fact discovery ordered closed by 12/17/2008. Defendant's expert reports by 1/15/09. Defendant's expert depositions by 1/30/09. Plaintiffs' rebuttal reports by 2/15/09. Plaintiffs' expert depositions by 2/27/09. Status hearing set for 12/19/2008 at 09:30 AM. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.