# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of | Case Number: 1:08-CV-02174 |
| STARNET INSURANCE COMPANY, ET AL. | Judge Ronald A. Guzman |
| Plaintiffs, | Mag. Judge Mason |
| v. | |
| THORSON & ASSOCIATES INSURANCE SERVICES, INC. | |
| Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, THORSON & ASSOCIATES INSURANCE SERVICES, INC.

| | |
|---|---|
| **NAME** (Type or print) <br> DOMINICK W. SAVAIANO | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ DOMINICK W. SAVAIANO | |
| **FIRM** <br> CLAUSEN MILLER P.C. | |
| **STREET ADDRESS** <br> 10 South LaSalle Street | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60603-1098 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6181611 | **TELEPHONE NUMBER** <br> (312) 855-1010 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

The undersigned, a non attorney, certifies that on July 24, 2008, the foregoing *ATTORNEY APPEARANCE FORM (of Dominick W. Savaiano)* on behalf of Defendant, **THORSON& ASSOCIATES INSURANCE SERVICES, INC.**, was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, through the CM/ECF system, which will electronically notify the following attorneys of record:

Matthew S. Ponzi
Garrett Kern
FORAN GLENNON PALANDECH & PONZI PC
150 South Wacker Dr., Suite 1100
Chicago, IL  60606
E-Mail:     mponzi@fgpp.com
            gkern@fgpp.com

Howard Wollitz
CHARLSTON, REVICH & WOLLITZ LLP
1925 Century Park East, Suite 1250
Los Angeles, CA 90067
E-Mail:     hwollitz@crwllp.com

Christian T. Kemnitz
Brian J. Poronsky
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL  60661
E-Mail:     christian.kemnitz@kattenlaw.com
            brian.poronsky@kattenlaw.com

                                            /s/ Vilma Koss
                                            _____

1196203.1

*Starnet Insurance Company, et al.*
*v. Thorson & Associates Insurance Services, Inc.*
Court No. 1:08-cv-02174 (U.S.D.C. Northern Dist.)

### SERVICE LIST

**Attorneys for Plaintiffs:**

Matthew S. Ponzi
Garrett Kern
FORAN GLENNON PALANDECH & PONZI PC
150 South Wacker Dr., Suite 1100
Chicago, IL  60606
Telephone:　312.863.5000
Fax:　312.863.5099
E-Mail:　mponzi@fgpp.com
　　　　gkern@fgpp.com

Howard Wollitz
CHARLSTON, REVICH & WOLLITZ LLP
1925 Century Park East, Suite 1250
Los Angeles, CA 90067
Telephone:　310.551.7000
Fax:　310.203.9321
E-Mail:　hwollitz@crwllp.com

**Attorneys for Defendant:**

Christian T. Kemnitz
Brian J. Poronsky
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL  60661
Telephone:　312.902.5000
Fax:　312.902.1061
E-Mail:　christian.kemnitz@kattenlaw.com
　　　　brian.poronsky@kattenlaw.com

1196199.1