# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>STARNET INSURANCE COMPANY, ET AL.<br>            Plaintiffs,<br>v.<br>THORSON & ASSOCIATES INSURANCE SERVICES, INC.<br>            Defendant. | Case Number: 1:08-CV-02174<br>Judge Ronald A. Guzman<br>Mag. Judge Mason |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, THORSON & ASSOCIATES INSURANCE SERVICES, INC.

| |
|---|
| NAME (Type or print)<br>            TODD M. MURPHY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>       s/ TODD M. MURPHY |
| FIRM<br>            CLAUSEN MILLER P.C. |
| STREET ADDRESS<br>            10 South LaSalle Street |
| CITY/STATE/ZIP<br>            Chicago, IL  60603-1098 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6280687 | TELEPHONE NUMBER<br>(312) 855-1010 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?            YES ☐            NO ☑ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?            YES ☐            NO ☑ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?            YES ☐            NO ☐ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐            APPOINTED COUNSEL ☐ ||

## CERTIFICATE OF SERVICE

The undersigned, a non attorney, certifies that on July 24, 2008, the foregoing *ATTORNEY APPEARANCE FORM (of Todd M. Murphy)* on behalf of Defendant, **THORSON& ASSOCIATES INSURANCE SERVICES, INC.**, was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, through the CM/ECF system, which will electronically notify the following attorneys of record:

Matthew S. Ponzi
Garrett Kern
FORAN GLENNON PALANDECH & PONZI PC
150 South Wacker Dr., Suite 1100
Chicago, IL 60606
E-Mail:     mponzi@fgpp.com
            gkern@fgpp.com

Howard Wollitz
CHARLSTON, REVICH & WOLLITZ LLP
1925 Century Park East, Suite 1250
Los Angeles, CA 90067
E-Mail:     hwollitz@crwllp.com

Christian T. Kemnitz
Brian J. Poronsky
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
E-Mail:     christian.kemnitz@kattenlaw.com
            brian.poronsky@kattenlaw.com

/s/ Vilma Koss

1196203.1

*Starnet Insurance Company, et al.*
*v. Thorson & Associates Insurance Services, Inc.*
Court No. 1:08-cv-02174 (U.S.D.C. Northern Dist.)

## SERVICE LIST

**Attorneys for Plaintiffs:**

Matthew S. Ponzi
Garrett Kern
FORAN GLENNON PALANDECH & PONZI PC
150 South Wacker Dr., Suite 1100
Chicago, IL 60606
Telephone:   312.863.5000
Fax:         312.863.5099
E-Mail:      mponzi@fgpp.com
             gkern@fgpp.com

Howard Wollitz
CHARLSTON, REVICH & WOLLITZ LLP
1925 Century Park East, Suite 1250
Los Angeles, CA 90067
Telephone:   310.551.7000
Fax:         310.203.9321
E-Mail:      hwollitz@crwllp.com

**Attorneys for Defendant:**

Christian T. Kemnitz
Brian J. Poronsky
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Telephone:   312.902.5000
Fax:         312.902.1061
E-Mail:      christian.kemnitz@kattenlaw.com
             brian.poronsky@kattenlaw.com

1196199.1